```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| **WILLIE GRIFFIN,** | * |
| **Plaintiff,** | * |
| vs. | * CIVIL ACTION NO.16-00344-WS-B |
| **WARDEN COOK,** *et al.*, | * |
| **Defendants.** | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the Clerk close this file pursuant to Plaintiff's notice of dismissal.

**DONE** this 11th day of October, **2016.**

                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE