```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

WILLIE GRIFFIN,                     *
                                    *
   Plaintiff,                       *
                                    *
vs.                                 *   CIVIL ACTION NO.16-00344-WS-B
                                    *
WARDEN COOK, *et al.*,              *
                                    *
   Defendants.                      *

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that the Clerk be directed to close this file pursuant to Plaintiff's notice of dismissal.

**DONE** this 11th of October, **2016.**

                                          <u>s/WILLIAM H. STEELE</u>
                                          CHIEF UNITED STATES DISTRICT JUDGE